**Appeal Dismissed and Memorandum Opinion filed January 18, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00647-CV

**MARK BURKE, Appellant**

**V.**

**KPH-CONSOLIDATION INC., D/B/A HCA HOUSTON HEALTHCARE KINGWOOD, A DOMESTIC FOR-PROFIT CORPORATION, Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-68307**

## MEMORANDUM OPINION

This appeal is from a judgment signed August 3, 2023. The notice of appeal was filed August 31, 2023. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On December 4, 2023, notification was transmitted to appellant that the appeal was subject to dismissal without further notice unless, within fifteen days, appellant

made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).  No response demonstrating payment was filed in response to that notice.

On December 28, 2023, appellant was ordered to demonstrate he had made arrangements to pay for the clerk's record on or before January 8, 2024.  In the order, the court notified appellant that failure to comply with that requirement would leave the appeal subject to dismissal for want of prosecution without further notice. Appellant has not filed any response demonstrating he has made arrangements to pay for the record.  Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.

2